**IT IS ORDERED as set forth below:**



Date: December 8, 2016

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>GREGORY LAMAR ALMOND,<br>        Debtor. | CASE NO. 13-68985-mgd<br><br>CHAPTER: 13 |
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE, FKA BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2002-2, ASSET BACKED CERTIFICATES,SERIES 2002-2,<br>        Movant,<br>v.<br>GREGORY LAMAR ALMOND, Debtor,<br>JOCELYN ALMOND , Co-Debtor,<br>MARY IDA TOWNSON, Trustee,<br>        Respondent(s). | JUDGE:  MARY GRACE DIEHL<br><br><br><br><br><br>CONTESTED MATTER |

ORDER GRANTING MOTION FOR RELIEF FROM STAY AND THE CO-DEBTOR STAY
(# 25)

The above styled Motion was called for hearing on November 9, 2016, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest.  There was no opposition to the Motion and Movant asserts that the parties were properly served.

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay and §1301(c) co-debtor stay is modified for Movant herein, its successors and assigns, regarding the real property commonly known as 9914 Scarlet Oak Drive, Douglasville, GA 30135.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds which may be in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ *Bryce Noel*
Bryce Noel, Bar No.: 620796
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Toll-Free: (844) 470-8804
Fax: (888) 873-6147
Email: BNoel@aldridgepite.com

Signatures Continued

NO OPPOSITION:

<u>/s/ Nicole R. Stanton</u>                        with express permission
Nicole R. Stanton, Bar No. 329046
Attorney for Debtor(s)
The Cochran Firm Bkr, LLP
Suite 150
547 Ponce de Leon Avenue
Atlanta, GA 30308
bknotice@cochranfirmbk.com


<u>/s/ K. Edward Safir</u>                        with express permission
K. Edward Safir, Bar No. 622149
Attorney for Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740
t: 404-525-1110
courtdailysummary@atlch13tt.com

DISTRIBUTION LIST

Gregory Lamar Almond
9914 Scarlet Oak Drive
Douglasville, GA 30135

Jocelyn Almond
9914 Scarlet Oak Drive
Douglasville, GA 30135

Nicole R. Stanton
The Cochran Firm Bkr, LLP
Suite 150
547 Ponce de Leon Avenue
Atlanta, GA 30308

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305