# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

In re:

     GREGORY LAMAR ALMOND

         Debtor(s)

Case No. A13-68985-MGD

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mary Ida Townson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/30/2013.

2) The plan was confirmed on 01/10/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/22/2016, 03/04/2017.

5) The case was dismissed on 03/06/2017.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $27,981.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $57,453.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$57,453.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,900.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,863.88 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$6,763.88** |

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GEORGIA DEPT OF REVENUE | Unsecured | 0.00 | 231.81 | 231.81 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,483.73 | 1,483.73 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 2,936.36 | 2,936.36 | 1,632.19 | 0.00 |
| JPMORGAN CHASE BANK, N.A. | Secured | 53,823.54 | 53,638.71 | 53,638.71 | 47,445.43 | 0.00 |
| WELLS FARGO BANK, N.A. | Secured | 4,269.00 | 0.00 | 1,485.82 | 1,485.82 | 125.68 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $53,638.71 | $47,445.43 | $0.00 |
| Debt Secured by Vehicle | $1,485.82 | $1,485.82 | $125.68 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$55,124.53** | **$48,931.25** | **$125.68** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,936.36 | $1,632.19 | $0.00 |
| **TOTAL PRIORITY:** | **$2,936.36** | **$1,632.19** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$1,715.54** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,763.88 |
| Disbursements to Creditors | $50,689.12 |
| | |
| **TOTAL DISBURSEMENTS** : | **$57,453.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/22/2017            By: /s/ Mary Ida Townson

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                   )        CHAPTER 13
GREGORY LAMAR ALMOND                     )
                                         )        CASE NO. A13-68985-MGD
                                         )
DEBTOR                                   )

### CERTIFICATE OF SERVICE

This is to Certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

GREGORY LAMAR ALMOND
9914 SCARLET OAK DRIVE
DOUGLASVILLE, GA  30135


THE COCHRAN FIRM BKR, LLP
547 PONCE DE LEON AVENUE
SUITE 150
ATLANTA, GA  30308

DATED:  03/22/2017                                    /S/

                                         Mary Ida Townson, Chapter 13 Trustee
                                         State Bar No. 715063
                                         191 Peachtree Street
                                         Suite 2200
                                         Atlanta, GA  30303-1740
                                         (404) 525-1110
                                         maryidat@atlch13tt.com

**UST Form 101-13-FR-S (9/1/2009)**